UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** September 9, 2019   **Time in Court: 28 minutes**   **Judge:** VINCE CHHABRIA

**Case No.**: 18-cr-00418-VC-1   **Case Name:** UNITED STATES v. William F. Garlock

**Attorney for United States of America: Kyle Waldinger**
**Attorney for Defendant: Daniel Olmos**
**Defendant: [] PRESENT   [] NOT PRESENT**
**Defendant's Custodial Status: [] In Custody   [X] Not In Custody**

**Deputy Clerk:** Kristen Melen         **Court Reporter:** Marla Knox
**Interpreter:** N/A                    **Probation Officer:** N/A

## PROCEEDINGS

Change of plea - hearing held.

## RESULT OF HEARING

Defendant is sworn and examined by the Court. Defendant is advised of his rights and waives said rights. The Court finds the defendant competent and the defendant's plea knowing and voluntary and accepts the defendant's plea of guilty to Counts One and Two of the Superseding Indictment. The Plea Agreement is filed.

The Court orders that the defendant is referred to U.S. Probation for the creation of a Pre-Sentence Report.

**CASE CONTINUED TO: December 17, 2019, at 10:30 A.M., for Sentencing**

\*\*\*The pretrial dates and deadlines, and trial dates, including selection, are vacated.