Daniel B. Olmos (CA SBN 235319)
NOLAN BARTON & OLMOS LLP
600 University Avenue
Palo Alto, CA 94301
Tel. (650) 326-2980
Fax (650) 326-9704

Counsel for Defendant
William F. Garlock

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES, | Case No.: 18-cr-00418-VC |
| Plaintiff, | |
| vs. | **UNOPPOSED MOTION AND [PROPOSED] ORDER FURTHER EXTENDING SURRENDER DATE** |
| WILLIAM F. GARLOCK, | |
| Defendant. | |

On February 11, 2020, this Court sentenced Defendant William F. Garlock *inter alia* to serve 12 months and one day in the custody of the Bureau of Prisons, and set a surrender date of June 12, 2020. *See* Docket No. 37. On March 25, 2020, this Court *sua sponte* ordered Mr. Garlock's surrender date be extended to September 1, 2020:

> To avoid adding to the chaos and creating unnecessary health risks, offenders who are on release and scheduled to surrender to the Bureau of Prisons in the coming months should, absent truly extraordinary circumstances, have their surrender dates extended until this public health crisis has passed.

*See* Docket No. 41. On July 25, 2020, the Court further extended Mr. Garlock's surrender date to January 15, 2021. *See* Docket No. 44. In that order, the Court wrote, "Should conditions necessitate a longer extension, the Court will entertain a request to that effect from the defendant." *Ibid*.

It is axiomatic that the COVID-19 health crisis has not abated since July 2020; in fact, it is arguably worse today than it has been at any point during the pandemic. Further, it is likely that, in

the coming months, Mr. Garlock will receive one of the available vaccines for COVID-19 which are currently being deployed in the United States.

For these reasons, Mr. Garlock respectfully requests that his surrender date be further extended to April 16, 2021. Assistant United States Attorney Kyle Waldinger does not oppose Mr. Garlock's request to extend his surrender date approximately 90 days.

Dated: January 6, 2021

NOLAN BARTON & OLMOS LLP

/S/ Daniel B. Olmos
Daniel B. Olmos
Attorney for Defendant William F. Garlock

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAM F. GARLOCK,<br><br>　　　　Defendant. | Case No.: Case No.: 18-cr-00418-VC<br><br>**[PROPOSED] ORDER FURTHER EXTENDING SURRENDER DATE** |

GOOD CAUSE APPEARING, it is hereby ordered that Defendant William F. Garlock's surrender date is further extended to April 16, 2021. The defendant is ordered to self-surrender directly to the designated Bureau of Prisons facility on that date, on or before 2:00 p.m. If a facility has not been designated, he is ordered to surrender to the United States Marshal for this district at 450 Golden Gate Avenue, 20th Floor, in San Francisco, on the same date and time. Should conditions necessitate a longer extension, the Court will entertain a request to that effect from the defendant.

IT IS SO ORDERED.

Dated: _____
　　　　　　　　　　　　　　　　　　　　The Hon. Vince Chhabria
　　　　　　　　　　　　　　　　　　　　United States District Judge