UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>WILLIAM F. GARLOCK,<br><br>    Defendant. | Case No. 18-cr-00418-VC-1<br><br>**ORDER FURTHER EXTENDING SURRENDER DATE**<br><br>Re: Dkt. No. 45 |

  The surrender date is extended to May 14, 2021. The defendant is ordered to self-surrender directly to the designated Bureau of Prisons facility on that date, at 2:00 p.m. If a facility has not been designated, he is ordered to surrender to the United States Marshal for this district at 450 Golden Gate Avenue, 20th Floor, in San Francisco, on the same date and time. Should conditions necessitate a longer extension, the Court will entertain a request to that effect from the defendant.

  **IT IS SO ORDERED.**

Dated: January 14, 2021

_____
VINCE CHHABRIA
United States District Judge