Daniel B. Olmos (CA SBN 235319)
NOLAN BARTON & OLMOS LLP
600 University Avenue
Palo Alto, CA 94301
Tel. (650) 326-2980
Fax (650) 326-9704

Counsel for Defendant
William F. Garlock

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES, <br><br> Plaintiff, <br><br> vs. <br><br> WILLIAM F. GARLOCK, <br><br> Defendant. | Case No.: 18-cr-00418-VC <br><br> **UNOPPOSED MOTION AND [PROPOSED] ORDER FURTHER EXTENDING SURRENDER DATE** |

On February 11, 2020, this Court sentenced Defendant William F. Garlock *inter alia* to serve 12 months and one day in the custody of the Bureau of Prisons, and set a surrender date of June 12, 2020. *See* Docket No. 37. On March 25, 2020, this Court *sua sponte* ordered Mr. Garlock's surrender date to be extended to September 1, 2020:

> To avoid adding to the chaos and creating unnecessary health risks, offenders who are on release and scheduled to surrender to the Bureau of Prisons in the coming months should, absent truly extraordinary circumstances, have their surrender dates extended until this public health crisis has passed.

*See* Docket No. 41. On July 25, 2020, the Court further extended Mr. Garlock's surrender date to January 15, 2021. *See* Docket No. 44. In that order, the Court wrote, "Should conditions necessitate a longer extension, the Court will entertain a request to that effect from the defendant." *Ibid*. In January of this year, the defense requested another postponement of Mr. Garlock's surrender date, and the Court granted an extension to May 14, 2021. *See* Docket No. 46.

Since this Court's last order extending Mr. Garlock's surrender date, the government has indicted Mr. Garlock in the Northern District of California for conduct alleged to have occurred between March 2017 and June 2018. *See U.S. v. Garlock*, Case No. 21-CR-0097 CRB (N.D. Cal. 2021). Notably, the Indictment in this case is dated September 6, 2018. *See* Docket No. 1. Mr. Garlock, who is represented by the Federal Public Defender in the new case, was ordered released on a $100,000 unsecured bond.

Mr. Garlock hereby requests an extension of his surrender to July 16, 2021, due both to the ongoing COVID-19 pandemic as well as his need to defend himself in Case No. 21-CR-0097 CRB. Assistant United States Attorney Kyle Waldinger, who is also the assigned counsel for the government in the newly-filed case, does not oppose Mr. Garlock's request to extend his surrender date approximately 60 days.

Dated: May 4, 2021            NOLAN BARTON & OLMOS LLP

                                           /S/ Daniel B. Olmos
                                        Daniel B. Olmos
                                        Attorney for Defendant William F. Garlock

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>  Plaintiff,<br><br>  v.<br><br>WILLIAM F. GARLOCK,<br><br>  Defendant. | Case No.: Case No.: 18-cr-00418-VC<br><br>**[PROPOSED] ORDER FURTHER EXTENDING SURRENDER DATE** |

GOOD CAUSE APPEARING, it is hereby ordered that Defendant William F. Garlock's surrender date is further extended to July 16, 2021.  The defendant is ordered to self-surrender directly to the designated Bureau of Prisons facility on that date, on or before 2:00 p.m.  If a facility has not been designated, he is ordered to surrender to the United States Marshal for this district at 450 Golden Gate Avenue, 20th Floor, in San Francisco, on the same date and time.  Should conditions necessitate a longer extension, the Court will entertain a request to that effect from the defendant.

IT IS SO ORDERED.

Dated: _____

_____
The Hon. Vince Chhabria
United States District Judge