UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br> v.<br>WILLIAM F. GARLOCK,<br>    Defendant. | Case No. 18-cr-00418-VC-1<br><br>**ORDER GRANTING MOTION TO EXTEND SELF-SURRENDER DATE**<br>Re: Dkt. No. 47 |

  The unopposed motion to extend the surrender date to July 16, 2021, is granted. The defendant is ordered to self-surrender directly to the designated Bureau of Prisons facility on that date, on or before 2:00 p.m. If a facility has not been designated, he is ordered to surrender to the United States Marshal for this district at 450 Golden Gate Avenue, 20th Floor, in San Francisco, on the same date and time.

  The court does not anticipate granting any further extensions, based on either the pandemic or the pending case before Judge Breyer.

  **IT IS SO ORDERED.**

Dated: May 5, 2021

                     VINCE CHHABRIA
                     United States District Judge