# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>        Plaintiff,<br><br>      v.<br><br>WILLIAM GARLOCK,<br><br>        Defendant. | Case No.: CR 18-00418 VC<br><br>[PROPOSED] ORDER TO DELAY DEFENDANT'S SURRENDER DATE 90 DAYS<br><br>**DENIED** |

GOOD CAUSE APPEARING, it is hereby ordered that Defendant's surrender date be delayed 90 days. Defendant's surrender date is now October 16, 2021.

Dated: July 9, 2021

**DENIED**
*Judge Vince Chhabria*

(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)

*United States v. Garlock*; Case No. CR 18-00418 VC; Stipulation and [Proposed] Order re Surrender Date