# UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
San Francisco Venue

---

**Request for Modifying the Conditions or Term of Supervision**

---

| | |
|---|---|
| **Person Under Supervision**<br>William F. Garlock | **Docket Number**<br>0971 3:18CR00418-001 VC |
| **Name of Sentencing Judge:** | The Honorable Vince Chhabria<br>United States District Judge |
| **Date of Original Sentence:** | February 11, 2020 |

**Original Offense**
Count One: Fraudulent Withholding of Recorded Information in a Bankruptcy Case, 18 U.S.C. § 152(9), a Class D Felony

Count Two: Fraudulent Concealment of Bankruptcy Assets, 18 U.S.C. § 152(1), a Class D Felony

**Original Sentence:** 12 months custody and one day on each Counts One and Two, all counts to be served concurrently and a supervised release term of 3 years on each Counts One and Two, to run concurrently
**Special Conditions:** $200 special assessment; $150,000 fine; $1,500,000 restitution; no new lines of credit or new debt; financial disclosure; mental health treatment program; DNA collection; search; and 100 hours of community service per year (for a total of 300 hours)

**Prior Form(s) 12:** None.

| | |
|---|---|
| **Type of Supervision**<br>Supervised Release | **Date Supervision Commenced**<br>May 20, 2022 |
| **Assistant U.S. Attorney**<br>Kyle F. Waldinger | **Defense Counsel**<br>Daniel Benjamin Olmos (Retained) |

---

### Petitioning the Court

To modify the conditions of Supervised Release as follows:

You shall make restitution payments of no less than $300 per month.

**RE:** Garlock, William F. 2
0971 3:18CR00418-001 VC

**Cause**

The Court ordered a $200 special assessment, $150,000 fine, and $1,500,000 restitution. Per the Judgement, Mr. Garlock was to make payments of not less than $3,000 or at least 10 percent of earnings, whichever is greater. Mr. Garlock has expressed he is unable to make $3,000 monthly payments. The Financial Litigation Program (FLP) with the U.S. Attorney's Office conducted a financial review of Mr. Garlocks' financial status to determine his ability to pay and determined that he is unable to comply with the current court order. FLP recommends the Court be advised of these findings to determine a lower payment and suggests that $300 per month is more appropriate. U.S. Probation has spoken to Mr. Garlock and he reports he is able to make a $300 monthly payment. To this date, Mr. Garlock has paid the special assessment in full and $1,420.44 towards restitution.

Based upon this information, U.S. Probation respectfully recommends the Court modify the conditions of supervision and allow monthly payments of no less than $300.

Respectfully submitted, Reviewed by:

Grisel Gomez Alton P. Dural Jr.
U.S. Probation Officer Supervisory U.S. Probation Officer
Date Signed: January 24, 2023

THE COURT ORDERS:

☒ To modify the conditions of probation as follows:

You shall make restitution payments of no less than $300 per month.

☐ Submit a request for a warrant
☐ Submit a request for summons
☐ Other:

January 27, 2023
Date Vince Chhabria
United States District Judge

NDC-SUPV-FORM 12B(1)  4/6/2015